# United States District Court
## Violation Notice
(Rev. V2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYJI | 9467663 | Xweck | 323 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense 14/01 | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 01/13/2026 | MTA 21-801.1 |

Place of Offense

Porter Street

Offense Description: Factual Basis for Charge    HAZMAT ☐

MTA-21-801.1 Exceed max speed of 42mph in a 25mph zone

**DEFENDANT INFORMATION**

Last Name: PoH    First Name: Kavin    M.I.: M.

Street Address: ███████████████

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| IMOXNYG | AL | 19 | NISS VAN | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 90 Forfeiture Amount
+ $30 Processing Fee
$ 120 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: 1520 Freedman Drive Fort Detrick MD 21702 | Date: TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

*9467663*

---

I state that on January 13, 2026 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland.

On 20260113 at 1401 HRS I observed a white nissan bearing AL IMOXNYG TRAVELING W/B on Porter at a high rate of speed. My visual observation was confirmed by RADAR with an AUDIO/DIGITAL display of 42 mph in a clearly posted 25mph zone & activated my emergency equipment and conducted a traffic stop. I identified the operator Poh by their driver's License.

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 20260113    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident.